# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Craig Otis Gibson, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Sheriff Kevin McMahill, et al., <br><br> Defendants. | Case No. 2:23-cv-00851-CDS-DJA <br><br> **Order** |

    This matter is before the Court on its review of the docket. The Defendants against whom Plaintiff's claims are proceeding—Sheriff Kevin McMahill and C/O Fanimi—have not waived service of summons as requested in the Court's screening order. (ECF No. 13). It is unclear if the Defendants have received notice of the suit or the waivers. Because it is unclear whether the Defendants received notice of the suit and because Plaintiff has not received instructions for service, the Court will *sua sponte* extend the time for service and provide Plaintiff instructions to serve the Defendants. *See* Fed. R. Civ. P. 4(m).

    Because Plaintiff is proceeding *in forma pauperis*, he is entitled to rely on the United States Marshals Service ("USMS") for service on the Defendants. *See* Fed. R. Civ. P. 4(c)(3). The Court will send Plaintiff the documents he needs to complete for the USMS to accomplish service on the Defendants, including the summons and the Form USM-285. Plaintiff must complete these forms with the address where each Defendant can be served. Once Plaintiff completes these forms, he must send them to the USMS so that the USMS may serve the Defendants with them.

    **IT IS THEREFORE ORDERED** that Plaintiff shall have until **October 15, 2024** to serve Defendants. *See* Fed. R. Civ. P. 4(m).

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to issue summonses for Sheriff Kevin McMahill and C/O Fanimi.

**IT IS FURTHER ORDERED** that the Clerk's Office is kindly directed to send the following to the USMS:

- Two copies of Plaintiff's complaint (ECF No. 14).
- A copy of this order.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send the following to Plaintiff:

- A copy of this order.
- A copy of the summons to Sheriff Kevin McMahill.
- A copy of the summons to C/O Fanimi.
- Two blank copies of the Form USM-285.

**IT IS FURTHER ORDERED** that Plaintiff must complete the following and send them to the USMS on or before **August 15, 2024** so that the USMS may attempt service:

- The summons for Sheriff Kevin McMahill.
- The summons for C/O Fanimi.
- A Form USM-285 for Sheriff Kevin McMahill.
- A Form USM-285 for C/O Fanimi.

**IT IS FURTHER ORDERED** that, within twenty-one days after receiving a copy of the Forms USM-285 back from the USMS showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant or whether some other manner of service should be attempted.

DATED: July 16, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE