# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| Craig Otis Gibson, Jr.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Sheriff Kevin McMahill; Corrections Officer Famini,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-00851-CDS-DJA<br><br>**Order** |

Plaintiff moves for additional time to respond to Defendants' motions filed at ECF Nos. 59, 60, 61, and 62. (ECF No. 65). Plaintiff asks to have until December 18, 2024, to file his responses and Plaintiff filed his responses on that date. Plaintiff explains that he did not receive Defendants' motions until December 3, 2024, lessening the amount of time he had to respond. He adds that he has limited access to legal materials in the facility where he is incarcerated. The Court finds that Plaintiff has demonstrated excusable neglect to extend the deadline and will accept his responses as timely. *See* Fed. R. Civ. P. 6(b). The Court grants Plaintiff's motion to extend time.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 65) is **granted.**

DATED: December 19, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE