# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Craig Otis Gibson, Jr.,

        Plaintiff

v.

Sheriff Kevin McMahill, et al.,

        Defendants

Case No. 2:23-cv-00851-CDS-DJA

**Order to Produce**
**Craig Otis Gibson, Jr.**
**# 1085479**

TO:    NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    JEREMY BEAN, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV.

THE COURT HEREBY FINDS that CRAIG OTIS GIBSON, JR., #1085479, is presently in the custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

IT IS ORDERED that the warden of High Desert State Prison, or his designee, must transport and produce CRAIG OTIS GIBSON, JR., #1085479, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in the LV Courtroom 6B, Las Vegas, Nevada, on or about **March 9, 2026, at 1:30 p.m.**, for the scheduled motions hearing in the instant matter, and arrange for his appearance on said date, as ordered, until CRAIG OTIS GIBSON, JR., #1085479, is released and discharged by the court; and that CRAIG OTIS GIBSON, JR., #1085479, must thereafter be returned to the custody of the warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

Dated:  March 2, 2026

_____
Cristina D. Silva
United States District Judge