UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Craig Otis Gibson, Jr., | Case No. 2:23-cv-00851-CDS-DJA |
| Plaintiff | **Order Granting Plaintiff's Motion to Extend Time to Respond** |
| v. | |
| Kevin McMahill, et al., | [ECF No. 131] |
| Defendants | |

Plaintiff Craig Gibson, Jr. seeks an extension time to file an opposition to the defendants' renewed motion for summary judgment. Mot., ECF No. 131. Gibson represents that additional time is needed because he was recently released from custody and, due to being unhoused, has difficulty traveling to the law library. *Id.* He seeks an additional 33 days, or until May 25, 2026, to file his response. *Id.* at 2–3. I find good cause to grant this extension. Because Gibson's request is timely and the defendants' motion for summary judgment is dispositive to this case, I will allow Gibson additional time to file his response.

Dated: April 17, 2026

_____
Cristina D. Silva
United States District Judge