# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Craig Otis Gibson, Jr., | Case No. 2:23-cv-00851-CDS-DJA |
| Plaintiff, | |
| v. | **Order** |
| Sheriff Kevin McMahill; et al., | |
| Defendants. | |

This matter is before the Court on the return of Plaintiff's mail. (ECF No. 136). On April 9, 2026, Plaintiff informed the Court that his address had changed after his release from the institution where he was incarcerated.[1] (ECF No. 132). However, on April 27, 2026, the Court's mail to Plaintiff's new address was returned as undeliverable. (ECF No. 136).

The Court will therefore require Plaintiff to update his address. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The Court will further vacate the settlement conference currently scheduled for June 16, 2026, until Plaintiff updates his address. Because the Court vacates the settlement conference, it also denies Defendants Sheriff Kevin McMahill and Corrections Officer William Famini's motion for excusal from that conference (ECF No. 135) as moot.

---

[1] Public records reveal that Plaintiff's sentence ended on April 9, 2026.

**IT IS THEREFORE ORDERED** that Plaintiff must update his address by **June 3, 2026. Failure to comply with this order may result in a recommendation to the district judge that this case be dismissed**.

**IT IS FURTHER ORDERED** that he Clerk of Court is kindly directed to **send** a copy of this order to Plaintiff.

**IT IS FURTHER ORDERED** that the settlement conference scheduled for June 16, 2026, (ECF No. 125) is **vacated.**

**IT IS FURTHER ORDERED** that Defendants Sheriff Kevin McMahill and Corrections Officer William Famini's motion for excusal from the settlement conference (ECF No. 135) is **denied** as moot

DATED: May 4, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE