LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendants*
*Sheriff Kevin McMahill and*
*Corrections Officer William Famini*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG OTIS GIBSON, JR.,<br><br>                      Plaintiff,<br><br>vs.<br><br>SHERIFF KEVIN McMAHILL;<br>CORRECTIONS OFFICER WILLIAM<br>FAMINI,<br><br>                      Defendants. | Case No.:   2:23-cv-00851-CDS-DJA<br><br><br>**SUBSTITUTION OF ATTORNEYS** |

LYSSA ANDERSON, KRISTOPHER KALKOWSKI and TRAVIS STUDDARD of the

law firm of KAEMPFER CROWELL hereby substitute as attorneys for Defendants, Sheriff Kevin

McMahill and Corrections Officer William Famini ("LVMPD Defendants") in the above-entitled

action, in place of Robert W. Freeman, Esq. and E. Matthew Freeman, Esq. of the law firm of

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.339

Page 1 of 4

LEWIS BRISBOIS BISGAARD & SMITH, LLP.

DATED this 12th day of May, 2026.

KAEMPFER CROWELL

By:    /s/ Lyssa Anderson
        LYSSA S. ANDERSON (Nevada Bar No. 5781)
        KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
        TRAVIS C. STUDDARD (Nevada Bar No. 16454)
        1980 Festival Plaza Drive, Suite 650
        Las Vegas, Nevada  89135

        ***Attorneys for Defendants***
        ***Sheriff Kevin McMahill and***
        ***Corrections Officer William Famini***

DATED this 12th  day of May, 2026.

We hereby consent to the substitution.

LVMPD Defendants

By:    /s/ Matthew Christian
        Name:  Matthew Christian
        Assistant General Counsel for Las Vegas
        Metropolitan Police Department

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.339

Page 2 of 4

We hereby agree to the substitution of Kaempfer Crowell as attorneys for the LVMPD Defendants.

DATED this 12th day of May, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Robert W. Freeman
    ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 3062
    E. MATTHEW FREEMAN, ESQ.
    Nevada Bar No. 14198
    6385 S. Rainbow Blvd., Suite 600
    Las Vegas, NV 89118

**ORDER**

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 5/14/2026

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.339

Page 3 of 4

## CERTIFICATE OF SERVICE

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **SUBSTITUTION OF ATTORNEYS** to be served via CM/ECF and/or First Class Mail (where indicated) addressed to the following:

Craig Otis Gibson, Jr.
1401 North Las Vegas Boulevard
Las Vegas, Nevada 89101
*Pro Per Plaintiff*

DATED this 12th day of May, 2026.

/s/ Robin Callaway
an employee of Kaempfer Crowell

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.339

Page 4 of 4