UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Craig Otis Gibson, Jr.,

          Plaintiff

v.

Kevin McMahill, et al.,

          Defendants

Case No. 2:23-cv-00851-CDS-DJA

**Order Granting Plaintiff's Motion to Extend Time to Respond**

[ECF No. 146]

Plaintiff Craig Gibson, Jr., moves for an extension time to file an opposition to the defendants' renewed motion for summary judgment. Mot., ECF No. 146. Gibson seeks to file his response ten days after his release from the Clark County Detention Center. *Id.* The defendants are not opposed. Non-opp'n, ECF No. 147. As I previously found, because the defendants' motion for summary judgment is dispositive to this case, I will allow Gibson additional time to file his response. Gibson must file his response to the defendants' renewed motion for summary judgment by June 15, 2026.

Dated: June 11, 2026

_____
Cristina D. Silva
United States District Judge