# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Craig Otis Gibson, | Case No. 2:23-cv-00851-CDS-DJA |
| Plaintiff, | |
| v. | **Order** |
| Sheriff Kevin McMahill, et al., | |
| Defendants. | |

Before the Court is Plaintiff Craig Otis Gibson's motion for leave to file documents electronically and for electronic service.  (ECF No. 159).  Under Local Rule IC 2-1(b), a *pro se* litigant may request the court's authorization to register as a filer in a specific case.  Under Local Rule IC 4-1(a), participation in the court's electronic filing system by registration and receipt of a login and password constitutes consent to the electronic service of pleadings and other papers under applicable rules, statutes, or court orders.  Plaintiff asserts that he has difficulty receiving mail at his address and provides an email address where he asserts he can receive documents. The Court therefore grants the motion.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to file electronically (ECF No. 159) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff must: (1) obtain a PACER account; (2) be familiar with the Local Rules for the Electronic Filing procedures in the District of Nevada; and (3) complete the e-filing registration for the District of Nevada through Manage PACER Account. Links to these items are available at https://www.nvd.uscourts.gov/e-filing-permission/.

///

///

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **add** Plaintiff's email address - cccc5356@gmail.com - to the docket and to **send** Plaintiff a copy of this order at that email address.

DATED: July 6, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE